Fannie Loftus, administratrix of the estate of Michael Loftus, deceased, plaintiff in error, v. Chicago Railways Company, defendant in error. Gen. No. 27,976.

Action for damages for death. Verdict of guilty. Damages assessed at one dollar. Judgment on the verdict. Error to the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 26, 1923.

Daniel L. Madden and Roy C. Merrick, for plaintiff in error.

Charles Le Roy Brown, for defendant in error; John R. Guilliams, Frank L. Kriete and P. L. McArdle, of counsel.

Mr. Justice Fitch delivered the opinion of the court.